IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JOAN BREW                                                                                              PLAINTIFF

V.                                                                          CIVIL ACTION NO. 2:05CV182-B-A

AIG SPECIALTY AUTO, NEW
HAMPSHIRE INDEMNITY COMPANY,
HALEY INSURANCE AGENCY, ET AL.                                                     DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiff's motion to remand is well-taken and shall be **GRANTED**. This cause is **remanded** to the Circuit Court of Coahoma County, Mississippi.

This, the 29th day of September, 2006.

/s/ Neal Biggers

_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**